ACCEPTED
03-14-00505-CV
3992857
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 6:33:20 PM
JEFFREY D. KYLE
CLERK

**CASE NO. 03-14-00505-CV**
**Trial Court Case Number 253,616-C**

**IN THE 3rd COURT OF APPEALS**

**JERRY HOFROCK**
**Appellant,**
**v.**
**JUDY HORNSBY**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 6:33:20 PM
JEFFREY D. KYLE
Clerk

**MOTION FOR EXTENSION OF TIME**
**AND MOTION TO ABATE PENDING ENTRY OF**
**REPORTER'S RECORD**

On August 15, 2014, Jerry Hofrock appealed Cause No. 253,616-C from the 169th District Court in Bell County, Texas. At the same time Hofrock entered his appeal in the District Court, he noticed the Bell County Clerk and the reporter of record, Susan Tuerck that he was filing an appeal and requested a record from each, while filing an Affidavit of Inability to Pay.

The Bell County Clerk sent the certified record to the appeals court on September 15, 2014, however, Hofrock, at no time, received any response from the court reporter.

On December 2, 2014, Hofrock received a letter for the 3rd Court of Appeals informing him that no payment arrangements had been made for the reporter's record, with the court reporter, Nikki Edwards. Hofrock sent notice to the appeals court that he had filed an affidavit of inability to pay, informed the reporter and the affidavit had not been contested timely, or at all.

Again on January 22, 2014, the appeals court informed Hofrock that no arrangements had been made with the court reporter and his appeal was overdue.

Hofrock again informs the court that he asked for the reporter's record, accompanied by an affidavit, and has heard nothing from the court reporter.

Hofrock has attempted to contact Nikki Edwards, either by phone or by email, and has found it impossible to get in touch with her.

It is an impossibility to proceed to appeal without the court record, as Hofrock could not possibly represent the argument without the reporter's record.

Hofrock asks that this case be abated until the reporter's record is filed.

Hofrock asks for an extension of time to file his Appellant brief 30 days after the filing of the reporter's record.

Hofrock requests the Court to order Ms. Edwards to file the reporter's record or show evidence that she timely contested the affidavit of indigency.

Respectfully submitted,

Jerry Hofrock
1601 Eagle Wing
Cedar Park, Texas 78613
(512) 266-2822

## CERTIFICATE OF CONFERENCE

I, Jerry Hofrock, hereby certify that I called the office of Eric Stoebner on February 2, 2015, to inform him of my intention of filing this motion to extend time and motion to abate pending entry of the reporter's record. Mr. Stoebner did not take my call, and I must presume he would object to the motions.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached motions was sent by U. S. Postal Service on February 2, 2015 to:

Eric Stoebner
2106 Bird Creek Drive
Temple, Texas 76502